

| | | | |
|---|---|---|---|
| In the Interest of: J.R.F. . . . . . . . . . . . . . . | 3693 EDA 2015<br>Affirmed | 09/28/2016 | AP# CP–51–AP–<br>0000205–2014<br>DP# CP–51–DP–<br>0002022–2011<br>FID# 51–FN–382382–<br>2009<br>(Philadelphia) |
| In the Interest of: Z.F. . . . . . . . . . . . . . . . | 3696 EDA 2015<br>Affirmed | 09/28/2016 | AP# CP–51–AP–<br>0000203–2014<br>DP# CP–51–DP–<br>0002024–2011<br>FID# 51–FN–382382–<br>2009<br>(Philadelphia) |
| Com. v. Eid . . . . . . . . . . . . . . . . . . . . . . . . | 3795 EDA 2015<br>Affirmed | 09/28/2016 | CP–23–CR–0001121–<br>2015<br>(Delaware) |
| Com. v. Coles . . . . . . . . . . . . . . . . . . . . . . | 3809 EDA 2015<br>Affirmed | 09/28/2016 | CP–39–CR–0003759–<br>2012<br>(Lehigh) |
| Com. v. Guyah . . . . . . . : . . . . . . . . . . . . . . . | 641 EDA 2016<br>Affirmed | 09/28/2016 | CP–51–CR–0200121–<br>2006<br>(Philadelphia) |
| In the Interest of: M.P.H. . . . . . . . . . . . . . | 1008 EDA 2016<br>Affirmed | 09/28/2016 | CP–51–AP–0000372–<br>2015<br>(Philadelphia) |
| In the Interest of: S.J.H. . . . . . . . . . . . . . | 1010 EDA 2016<br>Affirmed | 09/28/2016 | CP–51–AP–0000371–<br>2015<br>(Philadelphia) |
| In the Interest of: C.H. . . . . . . . . . . . . . . | 1114 EDA 2016<br>Affirmed | 09/28/2016 | CP–51–DP–0000576–<br>2014<br>(Philadelphia) |
| In re Swartz; Appeal of Swartz . . . . . . . . . | 1091 MDA 2015<br>Affirmed | 09/28/2016 | 2012–OC–0000131–OA<br>(Columbia) |
| Com. v. Harris . . . . . . . . . . . . . . . . . . . . . . | 2036 MDA 2015<br>Affirmed | 09/28/2016 | CP–41–CR–0001431–<br>2014<br>(Lycoming) |
| Com. v. Jones . . . : . . . . . . . . . . . . . . . . . . | 449 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/28/2016 | CP–36–CR–0004127–<br>2015<br>(Lancaster) |
| Com. v. Coates . . . . . . . . . . . . . . . . . . . . . | 247 WDA 2015<br>Affirmed | 09/28/2016 | CP–02–CR–0012614–<br>2013<br>(Allegheny) |
| Com. v. Moreno . . . . . . . . . . . . . . . . . . . . . | 718 WDA 2015<br>Affirmed | 09/28/2016 | CP–02–CR–0017085–<br>2010<br>(Allegheny) |
| Com. v. Pace . . . . . . . . . . . . . . . . . . . . . | 932 WDA 2015<br>Vacated and<br>Remanded | 09/28/2016 | CP–02–CR–0012497–<br>2013<br>CP–02–CR–0012502–<br>2013<br>(Allegheny) |